| | |
|---|---|
| 1 | GALATEA DeLAPP, 181581<br>Attorney at Law |
| 2 | 1541 E. Fairmont Avenue 104<br>Fresno, CA  93704 |
| 3 | Telephone: (559) 803-0471 |
| 5 | Attorney for Defendant **JAZMIN DURAN** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  1:15-CR-00169 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION & ORDER FOR CONTINUING SENTECNING DATE AND INFORMAL AND FORMAL RESPONSE TIMES FOR PRE-SENTENCE REPORT** |
| v. | |
| JAZMIN DURAN, et al. | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Kimberly Sanchez, counsel for the government, and Galatea R. DeLapp, counsel for defendant JAZMIN DURAN, that the sentencing currently set in this matter for **October 15, 2018** be continued to **March 4, 2019** and that any and all informal and formal objection deadlines to the Presentence Report for Jazmin Duran be extended accordingly.

The defendant in this matter has been working on her GED after completion of Moral Recognition Therapy.  In the interim, she has given birth and has had medical complications which have delayed her completion of her GED.  Her

1

sentencing after entry of plea was initially set out in order for her to complete both programs before her sentencing.

Additionally, the codefendant in this matter, Abraham Chavez, is currently in the Delancey Street Program and is not expected to complete his program until early 2019. His sentencing has been set out so that her may complete his program prior to sentencing. Defendant Jazmin Duran had a minimal role in the underlying action as compared to Abraham Chavez. A continuance is sought because Defendant Jazmin Duran cannot be fairly and reasonably assessed in this case on the need to avoid unwarranted sentence discrepancies among defendant with similar records who have been found guilty of similar conduct until both defendants have been completed their programs and the court and probation can assess their relative pre and post arrest conduct.

IT IS SO STIPULATED.

Respectfully submitted,

DATE: September 16, 2018     /s/ Galatea DeLapp
*Galatea DeLapp*
Attorney for Defendant
***JAZMIN DURAN***

McGREGOR W. SCOTT
United States Attorney

By:    /s/ Kimeberly Sanchez
*Kimberly Sanchez*
Assistant U.S. Attorney

2

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for **October 15, 2018**, is continued until **March 4, 2019**, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. Current informal and formal response deadlines to the presentence report are also extended accordingly.

IT IS SO ORDERED.

Dated: __**September 17, 2018**__         _/s/ Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE