GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA 93704
Telephone: (559) 803-0471

Attorney for Defendant **JAZMIN DURAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAZMIN DURAN, et al.<br><br>    Defendants. | No. 1:15-CR-00169 DAD-BAM<br><br>**STIPULATION & ORDER FOR CONTINUING SENTECNING DATE AND INFORMAL AND FORMAL RESPONSE TIMES FOR PRE-SENTENCE REPORT** |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Kimberly Sanchez, counsel for the government, and Galatea R. DeLapp, counsel for defendant JAZMIN DURAN, that the sentencing currently set in this matter for **March 4, 2019** be continued to **April 1, 2019** and that any and all informal and formal objection deadlines to the Presentence Report for Jazmin Duran be extended accordingly.

The parties have agreed to this so that there will be an opportunity to assess and/or file informal and/or formal objections to the Presentence Report for Jazmin Duran. The regular time frame for these options was not previously noticed or agreed upon due to prior continuances in sentencing involving the defendant and co-defendant and sentencing issues that are inextricably intertwined.

IT IS SO STIPULATED.

1

Respectfully submitted,

DATE: February 24, 2018      /s/ Galatea DeLapp
                             *Galatea DeLapp*
                             Attorney for Defendant
                             *JAZMIN DURAN*


                             McGREGOR W. SCOTT
                             United States Attorney

                   By:       /s/ Kimberly Sanchez
                             *Kimberly Sanchez*
                             Assistant U.S. Attorney

ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for **March 4, 2019**, is continued until **April 1, 2019**, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. Current informal and formal response deadlines to the presentence report are also extended accordingly.

IT IS SO ORDERED.

Dated:  **February 26, 2019**         _____
                                      UNITED STATES DISTRICT JUDGE

2